THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Cheryll Clewett**, <br><br> Plaintiff, <br><br> v. <br><br> **F2P Industries, LLC,** <br><br> Defendant. | Case No 4:21-cv-00409 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: March 17, 2021        BY: */s/ Amy L. B. Ginsburg*
                                                Amy L. B. Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888 ext. 167
                                                Facsimile: (877) 788-2864
                                                Email: teamkimmel@creditlaw.com
                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, do certify that I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal in the above-captioned matter, upon the Clerk of Court via ECF.

KIMMEL & SILVERMAN, P.C.

Date: March 17, 2021        By:    /s/ Amy L. B. Ginsburg
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Telephone: 215-540-8888
                                    Facsimile: 215-540-8817
                                    aginsburg@creditlaw.com