United States District Court
Southern District of Texas
**ENTERED**
March 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYLL CLEWETT, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-409 |
| F2P INDUSTRIES, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Plaintiff Cheryll Clewett has filed a Notice of Voluntary Dismissal. (Doc. 9). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 17th day of March, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE